1076

[No. 39252-6-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. ALFREDO
GUZMAN-PARTIDA, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 08-1-01982-9, Robert L. Harris, J., entered April
14, 2009. *Reversed* and *remanded* by unpublished opinion
per Armstrong, J., concurred in by Hunt and Quinn-
Brintnall, JJ.

[No. 39419-7-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DUPREE
ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-00313-4, Frederick W. Fleming, J., entered
June 5, 2009. *Affirmed* by unpublished opinion per Quinn-
Brintnall, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 39479-1-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. COREAN OMARUS
BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 08-1-00340-9, Kenneth D. Williams, J.,
entered June 25, 2009. *Reversed* and *remanded* by unpub-
lished opinion per Worswick, J., concurred in by Penoyar,
C.J., and Schindler, J.

[No. 39710-2-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMALA AVEALALO,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-04629-1, Frederick W. Fleming, J., entered
August 21, 2009. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Quinn-Brintnall and Van
Deren, JJ.